IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HOLLY S. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv877-MHT |
| | ) | (WO) |
| BAYVIEW LOAN FINANCING, | ) | |
| LLC, as Servicer for the | ) | |
| Bank of New York Mellon, | ) | |
| FKA The Bank of New York, | ) | |
| as Trustee, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 4), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice and with costs taxed as paid.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of November, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE